UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Gwendolyn M. Baldwin, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07 2025 |
| | ) |
| The D.C. Superior Court, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 1 day of November 2007,

ORDERED that the application to proceed *in forma pauperis* [# 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

E/L S Huck
United States District Judge