# United States Court of Appeals
### For The District of Columbia Circuit

No. 08-7037                                        September Term 2007

07cv02025

Filed On: May 23, 2008

Gwendolyn M. Baldwin,

    Appellant

v.

D.C. Superior Court,

    Appellee



**BEFORE:**  Sentelle, Chief Judge, and Brown and Griffith, Circuit Judges

### ORDER

Upon consideration of the court's order to show cause filed March 14, 2008, and appellant's response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as untimely. Appellant filed her notice of appeal on March 4, 2008, more than 30 days after the November 13, 2007 entry of the challenged order. See Fed. R. App. P. 4(a)(1)(A).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk